151 A.3d 81

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ELMO M. RIVADENEIRA, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003348-11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 82

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HOZAY A. ROYAL (A/K/A CARLOS JOHNSON), DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-006069-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.